PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Clifton Earl Mosley  Cr.: 12-00586-001
PACTS #: 63730

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/11/2012

Original Offense:   18:2113A: Bank Robbery by Force or Violence

Original Sentence: 110 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, No New Debt/Credit, Reentry Center-Full-Time, Reentry Center-Full-Time

Type of Supervision: Supervised Release        Date Supervision Commenced: 01/31/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
|  | Mr. Mosley has an outstanding balance of $1,771.04 remaining. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Mosley has paid $3,228.96 towards his fine. His supervision is due to expire on January 30, 2022, with an outstanding fine balance of $1,771.04. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of supervision. This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Clifton Earl Mosley

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury/SGM*

By:  JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

*Suzanne Golda-Martinez*          *1/27/2022*
SUZANNE GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: Case will expire on January 30, 2022 (as recommended by the Probation Office)

Signature of Judicial Officer

1/31/2022
Date